UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID S. COHEN, Surviving Husband of AMY M. COHEN, Deceased, and RACHEL M. COHEN, the minor child of AMY M. COHEN, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>ACTAVIS, INC.; ACTAVIS ELIZABETH, LLC; ACTAVIS SOUTH ATLANTIC, LLC; CORIUM INTERNATIONAL, INC.; TENNESSEE WOMEN'S CARE, P.C.; BRIAN C. BEATTY, M.D.; SUMMIT MEDICAL CENTER; and HCA HEALTH SERVICES OF TENNESSEE, INC.,<br><br>    Defendants. | Civil Action No.: 3:09-0367<br><br>Judge Haynes<br><br>Magistrate Judge Brown |

## AGREED ORDER

By the agreement of the parties, as evidenced by the signature of their respective counsel hereto, there now being non-diverse defendants pursuant to the Court's order granting plaintiff's motion to amend, it is hereby ordered that this case be and the same hereby is remanded to the Circuit Court for Davidson County, Tennessee. There shall be no taxation of costs to any party.

_____
U.S. District Judge William J. Haynes
6-10-09